**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2566**

———————

TERRA O'HARA,

Plaintiff - Appellant,

versus

SERGEANT WESTFALL, Marshall County, West
Virginia, Sheriff Lightner's Sergeant; DEPUTY
PHILLIPS, Marshall County, West Virginia,
Sheriff Lightner's Deputy,

Defendants - Appellees,

and

MARSHALL COUNTY, WEST VIRGINIA; SHERIFF
LIGHTNER; MARSHALL COUNTY SHERIFF'S
DEPARTMENT,

Defendants.

———————

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
Chief District Judge. (CA-93-180-5-CV)

———————

Submitted: April 17, 1997          Decided: April 24, 1997

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Terra O'Hara, Appellant Pro Se.  George Monroe Schumann, DICKIE, MCCAMEY & CHILCOTE, P.C., Pittsburgh, Pennsylvania; John R. Cox, DICKIE, MCCAMEY & CHILCOTE, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. O'Hara v. Westfall, No. CA-93-180-5-CV (N.D.W. Va. July 21, 1995). We deny Appellant's motions for default judgment, for sanctions against Defendant's counsel, to remand case, for appointment of counsel, "for A rule that Defendants - Appellees Show Cause," for an injunction, to strike Appellees' pleadings, "for Declaratory Judgment under 28 USC 2201," "to Disqualify Judge Stamp," "to construe Title and Parties to Appeal," and to transfer case to district court. We grant Appellant's motion to expedite the appeal to the extent possible given the court's busy docket. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.